UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3132 FMO (JCx) | Date | November 14, 2022 |
|---|---|---|---|
| Title | Klauber Brothers, Inc. v. Lulus Fashion Lounge, LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Having reviewed plaintiff's Response to Order to Show Case (Dkt. 31), IT IS ORDERED THAT:

1. Plaintiff shall serve any unserved defendant by no later than **December 9, 2022**, and shall file proofs of service no later than **December 13, 2022**.

2. Plaintiff is admonished that failure to file proofs of service by the December 13, 2022, deadline will result in the action or any unserved defendant being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with paragraph one above.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |